IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                                          4:06CR00348 JMM

MIGUEL ANGEL HERNANDEZ

## ORDER

Pending is the Government's Motion to Dismiss Indictment. For good cause shown the Motion to Dismiss (Docket # 40) is GRANTED. The indictment against Mr. Hernandez is dismissed without prejudice. The Motion to Revoke Bond (Docket # 34) is MOOT.

IT IS SO ORDERED this 7th day of February, 2012.


_____
James M. Moody
United States District Judge